Judith A. Archer
Julie Pateman Ward
Dean W. Steele
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York  10019
Tel.:   (212) 318-3000
Fax:   (212) 318-3400
judith.archer@nortonrosefulbright.com
julie.ward@nortonrosefulbright.com
dean.steele@nortonrosefulbright.com
*Attorneys for Plaintiff*
*ExxonMobil Oil Corporation*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------ X
EXXONMOBIL OIL CORPORATION,                :
                                                                              :
                    Plaintiff,                                       :
                                                                              :         19-cv-06980-FB-RML
           -against-                                                 :
                                                                              :         **IN ADMIRALTY**
                                                                              :
                                                                              :         **NOTICE OF VOLUNTARY**
M/V ELLEN S BOUCHARD, IMO number  :         **DISMISSAL**
8117952, official number 644590, her            :
engines, apparel, furniture, equipment,         :
appurtenances, tackle, etc., *in rem*,             :
                                                                              :
                    Defendant.                                    :
------------------------------------------------------ X

   PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed with prejudice by Plaintiff, ExxonMobil Oil Corporation, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure against all Defendants.  The Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs to be assessed to any party.

- 2 -

| | |
|---|---|
| Dated: January 9, 2020<br>New York, New York | Respectfully submitted,<br>NORTON ROSE FULBRIGHT US LLP<br><br>By:   /s/ Dean W. Steele<br>          Judith A. Archer<br>          Julie Pateman Ward<br>          Dean W. Steele<br><br>1301 Avenue of the Americas<br>New York, New York  10019<br>Tel.:   (212) 318-3000<br>Fax:   (212) 318-3400<br>judith.archer@nortonrosefulbright.com<br>julie.ward@nortonrosefulbright.com<br>dean.steele@nortonrosefulbright.com<br><br>*Attorneys for Plaintiff*<br>*ExxonMobil Oil Corporation* |